# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CHONG EUN, STEPHANIE OWENS, DAVID SIEGAL, GREGORY VASQUEZ, MADELINE VASQUEZ, ENRIQUE PABON, BRYAN FEINBERG, and LOIS FELTS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 4:20-cv-00127-ALM |
| WILLIE ROSE and JEFFREY WARNER RASCO on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES USA, INC.; TOYOTA MOTOR NORTH AMERICA, INC., and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 4:20-cv-00199-ALM |

| | |
|---|---|
| YVETTE WINIA, RAUL RIVERA, CRISTINA RIVERA, AND KAMRAN KHAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; AND DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 4:20-cv-00240-ALM |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES AND SET DEADLINE FOR FILING CONSOLIDATED COMPLAINT

Pending before the Court is Plaintiffs' Unopposed Motion to Consolidate Cases and Set Deadline for Filing Consolidated Complaint (Dkt. #10), filed contemporaneously in each of the above caption actions, and for good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the motion is GRANTED, and the following actions currently pending in the Eastern District of Texas before this Court are consolidated for all purposes, including trial,

    - *Chong Eun, et al. v. Toyota Motor Corp.*, et al., Case No. 4:20-cv-00127-ALM, filed March 11, 2020.

    - *Willie Rose et al. v. Toyota Motor Corp.*, et al., Cased No. 4:20-cv-00199-ALM, filed March 11, 2020.

2

- *Yvette Winia, et al. v. Toyota Motor Corp., et al.*, Case No. 4:20-cv-00240-ALM, filed March 23, 2020.

2. The master docket and master file for the consolidated actions shall be Case No. 4:20-cv-00127-ALM, and the consolidated action shall bear the caption "*In re: Toyota Hybrid Brake Litigation*."

3. Plaintiffs shall file a consolidated complaint within 30 days of the Court's entry of its order consolidating the Actions for all purposes.

4. The above numbered and styled cases are ordered consolidated, to be held before the undersigned under Case No. 4:20-cv-00127-ALM.  Counsel and the Clerk are directed to docket all future filings in the above-listed matters under Case No. 4:20-cv-00127-ALM.

**IT IS SO ORDERED.**

SIGNED this 7th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE