# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: TOYOTA HYBRID BRAKE LITIGATION | § § § | CIVIL ACTION NO. 4:20cv127 JUDGE MAZZANT LEAD |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.   By agreement of the parties, the mediator assigned is the Honorable Suzanne H. Segal (Ret.), of SIGNATURE Resolution, 633 W. 5th St, Suite 1000, Los Angeles, California  90071, telephone number (310) 486-7120.

The mediation conference shall be conducted by the following date:  **December 3, 2021.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**
**SIGNED this 12th day of October, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE