**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE: TOYOTA HYBRID BRAKE LITIGATION | Consolidated Case No.: 4:20-cv-00127-ALM |

**JOINT AGREED MOTION TO DISMISS**

Plaintiffs Jason Medeiros, Kenneth Besser, Laura Turner, Chong Eun, Stephanie Owens, Enrique Pabon, Bryan Feinberg, David Siegel, Gregory Vasquez, Madeline Vasquez, Lois Felts, Willie Rose, Jeffrey Warner Rasco, Yvette Winia, Raul Rivera, Cristina Rivera, Kamran Khan, Andrea Kent, Nancy Kwan, Dylan Davis, Dave Geenen, Judy Williams, Kimberly Evans, Alex Pilger, Bryan DaParma, Bonnie Hendricks, and Katie Gentry, individually, ("Plaintiffs") and Defendants Toyota Motor Corporation, Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor North America, Inc., and Toyota Motor Sales, U.S.A., Inc. ("Defendants") jointly move this Court to dismiss the action with prejudice, with each party to bear their own costs.

A proposed Order is filed herewith..

Dated March 25, 2022               Respectfully submitted,

By: /s/ Joseph D .Brown_____

JOE BROWN, ATTORNEY
Joseph D. Brown
Texas Bar No. 00793413
joe@joebrown.law
100 N. Travis Ste., Suite 205
Sherman, Texas 75090
Telephone: (903) 487-4700
Facsimile: 903-421-9440

SHOOK, HARDY & BACON LLP
Michael L. Mallow (admitted pro hac vice)
mmallow@shb.com

Rachel A. Straus (admitted pro hac vice)
rstraus@shb.com
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendant Toyota Motor Sales, U.S.A., Inc., Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor Corporation*

/s/ David C. Wright_____
David C. Wright
MCCUNE WRIGHT AREVALO LLP
Richard D. McCune (SBN. 132124)
rdm@mccunewright.com
David C. Wright (SBN 177468)
dcw@mccunewright.com
Steven A. Haskins (SBN 238865)
sah@mccunewright.com
Mark I. Richards (SBN. 321252)
mir@mccunewright.com
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
*Interim Lead Counsel*

Bruce W. Steckler
Austin P. Smith
STECKLER WAYNE COCHRAN PLLC
12720 Hillcrest Road, Suite 1045
Dallas, Texas 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
bruce@swclaw.com
austin@swclaw.com

*Liaison Counsel*

2

3

## CERTIFICATE OF SERVICE

I certify that on March 25, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

/s/ Joseph Brown
Joseph Brown